IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-vs-

DARYLL CLARK,

            Defendant.

21-CR- 6096

**INFORMATION**
**(Felony)**

Violation:
18 U.S.C. § 2252A(a)(2)(A)

## COUNT 1

### The United States Attorney Charges That:

Between in or about March 15, 2020, and in or about May 2, 2020, in the Western District of New York, and elsewhere, the defendant, DARYLL CLARK, having a prior conviction under the laws of the State of New York relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, images and videos, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States of America any property which contains a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2252(a)(1), and/or any and all property, real and personal, used, or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 2253(a)(3), and all property traceable to such property, including but not limited to the following:

    a.    One (1) ZTE Flip phone, serial 329F7702047D

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED:    Rochester, New York, August 17, 2021

                      JAMES P. KENNEDY, JR.
                      United States Attorney

BY: _____
         JOHN J. FIELD
         Assistant United States Attorney
         100 State Street, Suite 500
         Rochester, New York 14614
         (585) 399-3900
         john.field@usdoj.gov