# EXHIBIT

# A

F.C.A. 446, 551, 656, 842 & 1056
ORI NO:   NY027023J
Order No: 1997-A   455
NYSID No:

Form GF5

At a Term of the FAMILY COURT, County of
MONROE, State of New York, 99 EXCHANGE
BLVD, HOJ RM. 300, ROCHESTER, NY  14614

PRESENT: Hon. ANN MARIE . TADDEO
In the Matter of a Proceeding under
ARTICLE 8

T E M P O R A R Y  ORDER OF PROTECTION

Docket No. 00360-97
Family Unit No.
X Ex Parte

DEBBI CLARK
Petitioner
Date of Birth 04-19-1967

VERSUS

LEE CLARK
Respondent
Date of Birth 04-23-1962

NOTICE:  YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY
ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP
TO SEVEN YEARS FOR CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION
AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO
APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN
YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8  of the Family Court Act, sworn to on 03-11-1997,
having been filed in this court in the above entitled proceeding, and good cause
having been shown,

Now, therefore,  it is hereby ordered that  LEE CLARK, the above named
respondent observe the following conditions of behavior:

[01A]  Shall stay away from DEBBI CLARK,[01B]  and/or from the home of DEBBI
CLARK at 4446 CULVER RD, ROCHESTER, NY; and

[01A] Shall stay away from ,[01C] and/or the school of DARYLL CLARK; and

[01A] Shall stay away from ,[01C] and/or the school of SAVANAH CLARK; and

[01A] Shall stay away from ,[01C] and/or the school of NATHANIEL CLARK; and

The party against whom the order runs shall stay away from the following
addresses:

                    DURAND EASTMAN SCHOOL, ROCHESTER, NY
                    DURAND EASTMAN SCHOOL, ROCHESTER, NY
                    DURAND EASTMAN SCHOOL, ROCHESTER, NY

[02]  Refrain from assault, harassment, menacing, reckless endangerment,
disorderly conduct or other interference withDEBBI CLARK

[07]  Temporary custody of DARYLL CLARK,SAVANAH CLARK,NATHANIEL CLARK shall be
awarded to DEBBI CLARK under the following terms and conditions: ;

[99]  [X] Specify other conditions SAME PROVISIONS AS (07) AND STAY AWAY FROM
DURAND EASTMAN SCHOOL APPLIES TO THE CHILD, JUSTINA ADAMS , DOB:  4/17/84.

Case Name: CLARK vs CLARK        Order #: 1997-A455        Docket #: 00360-97

VISITATION BETWEEN THE CHILDREN AND THE RESPONDENT AS CAN BE MUTUALLY AGREED
UPON BY THE PARTIES.


It is further ordered that this order of protection shall remain in effect
until March 19, 1997

DATED: _____

_Ann Marie Taddeo_
ANN MARIE  TADDEO
Judge of Family Court


The Family Court Act provides that presentation of a copy of this order of protection to any police officer or peace officer
acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person
who has violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefore.


Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the
District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against
whom the order is sought has or will be afforded reasonable notice and opportunity to be heard in accordance with state law
sufficient to protect that person's rights (18 U.S.C. 2265).  FAMILY COURT OF THE STATE

I, ROBERTA NO...
Monroe County do certify t...
filed in this office and that the same is ...
such original  In witness wh...of, I ...
the Seal of said Court on
DATE
T...tA R...n Chief Clerk

# EXHIBIT

# B

# EAST IRONDEQUOIT CENTRAL SCHOOL DIST.
## STUDENT REGISTRATION FORM

### 2001-2002

| OFFICIAL USE ONLY | OFFICIAL USE ONLY |
|---|---|
| REGISTRATION DATE: 4/12/02 | STUDENT # _____ (NEW, TRANS, RE-EN) |
| ACTUAL START DATE: _____ | FAMILY # _____ |
| BIRTH CERTIFICATE: School Records | GRADE _____ |
| PROOF OF RESIDENCY: _____ | HOMEROOM # _____ TEACHER: _____ |
|  | YEAR OF GRADUATION _____ |

SCHOOL: Eastridge Sr. High School    GRADE: 7th

Student's Legal Last Name: Clark    Full First Name: Darrell    Full Middle Name: Joseph B    Gender: Male ☐ Female ✓

Date of Birth: ~~█████~~    Birth City: Rochester    State: N.Y.    Student's SS #: ~~███████~~

Ethnic Origin: (NYS Required) American Indian ___ Asian/Pacific Islander ___ Afro-Amer. ___ Caucasian ✓ Hispanic ___

Language spoken in home: English ✓ Spanish ___ Other: (indicate language) _____

Home Phone: 342-6033    Unlisted? Yes ___ No ✓ Message Phone: yes

Home Address: 140 Sequoia Avenue, Rochester, New York, Zip, Roch N.Y. 14622

Mailing Address (if different): Same

Name of Pre-School Attended, if any: _____

Has this student ever attended any East Irondequoit School before? NO _____ YES ✓ School Same Year 2001-02

Name of last school/facility attended: Same    Date Last Attended: _____

Address: _____ City: _____ State: _____ Phone ( ) _____

### PARENT/GUARDIAN INFORMATION

PRIMARY CONTACT LIVING WITH CHILD: Clark (Last Name)    Clee (First Name)    ___ MI

Relationship to Child: Natural Father/Mother ___ Step ___ Foster ___ Other (specify) i.e. Fiancée, boyfriend/girlfriend _____

Employer: RTS    Shift: A    Phone( ) 288-6200 Ext. 322    E-Mail Address: Lee.Clark R 2 @ Hotmail.com

Pager Number: 342-2130 Cell Phone Number: ~~█████~~    VME MAIL

SECONDARY CONTACT LIVING WITH CHILD: Swick (Last Name)    Karen (First Name)    ___ MI

Relationship to Child: Natural Father/Mother ___ (Step) ___ Foster ___ Other (specify) i.e. Fiancée, boyfriend/girlfriend _____

Employer: Home-Child Care    Shift: Express Service    Phone( ) 6033    E-Mail Address: _____

Pager Number: _____ Cell Phone Number: _____

(over)

**DAY CARE ARRANGEMENT:**

NONE: ___✓___   ORGANIZATION: _____   PHONE: _____

PRIVATE DAYCARE:   NAME: _____
ADDRESS: _____
PHONE: _____

DAYS ATTENDING: _____

**EMERGENCY INFORMATION:** The following Person(s)  other than the parents,  are to be contacted in case of an emergency:

| | NAME | RELATIONSHIP | HOME PHONE | WORK PHONE | CELL PHONE | PAGER |
|---|---|---|---|---|---|---|
| 1st | Karen Smith | Mother | ███6033 | ███6433 | | |
| 2nd | Lee Clark | Father | | | | |
| 3rd | Theresa Wынд | friend | | ███0260 ext 312 | ███5523 | ███8130 |
| 4th | | | | | (PLEASE COMPLETE) | |
| 5th | | | | | (PLEASE COMPLETE) | |

DENTIST _____

DOCTOR _____

Allergies, if any:  ___ none ___

Are there other instruction or restrictions the school should know about?  (i.e. Medical) _____

**BROTHERS AND SISTERS:**   List ALL other children in your household (use additional paper if needed)

| LAST NAME | FIRST | DOB | SEX | SCHOOL ATTENDING/GRADE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Student should not be released to ?   (Note: If this person is the biological parent, the school must have legal documentation on file in order  to deny the biological parent access)

Name _____   Relationship _____

Did your child receive any of the following services at the former school ?

Speech ___   Writing ___   Remedial Math ___   Remedial Reading ___   Occup. Therapy ___
Phys. Therapy ___   Gifted/Talented ___   Special Ed. ___   Counseling ___
Resource Room ___   Other ___

Lunch/Breakfast:   Free ___   Reduced ___

**To the best of my knowledge, the information I have provided is truthful and accurate,**

Parent/Guardian Signature _Lee Clark_____   Date _4-11-02_

# THIS SECTION TO BE COMPLETED BY SCHOOL PERSONNEL

PROFILE INTO COMPUTER _____   DATE RECORDS REQUESTED _____

SCHEDULE INTO COMPUTER _____   DATE RECORDS RECEIVED _____

Original to Student File       Copies to:  (circle)  Attendance Clerk;   Principal;   Asst. Principal;   Counselor;   Teacher;   Health Office;   Ed Services.

11/7/01

# EXHIBIT

# C

**Freeview** Enjoy this clipping for free

Try 7 Days Free to get access to 708 million+ pages   | Try 7 Days Free |

**Clipped From *Democrat and Chronicle***



continued from page 2

# Clark, Deborah M.

Rochester: February 1, 2011. Survived by her children, Justina Adams, Nathan Clark (Theresa Matteson), Savannah Clark (James Pascular), Daryll Clark; 9 grandchildren; parents, Robert J. and Carol Adams; sisters, Connie Cody and Christine Fraser; brothers, Mark and Stephen Adams; aunts, uncles, nieces and nephews.

Calling, Monday 4-8 at Falvo Funeral Home, 1395 N. Goodman St. On Tuesday, please meet the family at St. Rita's Church for her Funeral Mass at 9:15 AM. Interment, Holy Sepulchre Cemetery.

**FalvoFuneralHome.com**

Search th

Show article text (OCR) ▾

The names, logos, and other source identifying features of newspapers depicted in our database are the trademarks of their respective owners, and our use of newspaper content in the public domain or by private agreement does not imply any affiliation with, or endorsement from, the publishers of the newspaper titles that appear on our site. Newspapers.com makes these newspapers available for the purpose of historical research, and is not responsible for the content of any newspapers archived at our site.

© 2022 Newspapers.com™ by . All Rights Reserved. · · · · ·

Twitter    Facebook    Instagram    Blog

EXHIBIT

D

# Clark, Daryll

MRN: 983955

| | |
|---|---|
| **Office Visit** 8/26/2019<br>Highland Family Medicine | Provider: Sockanathan, Shivani, MD<br>Cosigner: Cummings, Ryan Mary, MD (Family Medicine)<br>Primary diagnosis: MVP (mitral valve prolapse)<br>Reason for Visit: Annual Exam • Headache |

## Progress Notes                         Cummings, Ryan Mary, MD (Physician) • Family Medicine

## __Physical Exam Visit__

Daryll Clark is 31 y.o. male presenting for a full physical exam.

Specific Concern's today also include: none

Chronic Issues include:

1) Depression, PTSD, Bipolar disorder
-Taking lithium 900mg nightly and vistaril 50mg nightly
-Prescribed meds by Endevour mental health psychiatry. Has therapist there as well.
-Went through inpatient hospitalization recently (May - July 2019) at St. Lawrence

Printed by Englert, Bonnie at 11/3/21 11:57 AM                         Page 10 of 61

Clark, Daryll (MRN 883955) DOB: <span style="background:black">████████</span>

-No SI/HI currently. Has had issues with this previously

2). Hx of incarceration
-24 months prior to inpatient psych hospitalization
-currently in housing provided by psych center

3) Hx of seizures
-Started having seizures recently (2 in 2017 and 1 in 2018) while he was at a correctional facility
-describes full body shaking during these seizures
-never saw physician after seizures
-Denies drug use prior to seizures. No head trauma.

4) Hx of drug abuse
-Previously was taking vidocin from streets. Last used in 2012.
-Hx of alcohol abuse as well. Last used in 2012.

5) Asthma
-Uses albuterol inhaler PRN (every other day at most)

6) MVP
-has been an issue since he was a child
-not aware of ever seeing cardiology
-admits to CP and SOB that he describes as chronic intermittent issues. Every few days for his whole life, he gets chest pressure centrally with no radiation. Admits to SOB walking from bedroom to bathroom (has been going on his whole life)

~~~

Patient has been hospitalized in the past year. See above

Patient has not had surgery in the past year

ROS positive for: negative apart from above

ROS negative for:
Unintended weight loss
Night sweats
Change in bowel habits
Pain or difficulty swallowing
Vision changes
Unusual bleeding or bruising

**Patient Active Problem List**

| Diagnosis | Code |
|---|---|
| • Asthma | J45.909 |
| • Obesity | E66.9 |
| • Depression | F32.9 |
| • Anxiety | F41.9 |
| • Insomnia | G47.00 |
| • Nicotine dependence | F17.200 |
| • Mitral valve prolapse | I34.1 |
| • History of substance abuse | Z87.898 |

Clark, Daryll (MRN 883955) DOB: ████████

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • risperiDONE (RISPERDAL) 1 MG tablet | Take 1 tablet (1 mg total) by mouth at bedtime |
| • benztropine (COGENTIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth nightly |
| • benzonatate (TESSALON) 100 MG capsule | Take 1 capsule (100 mg total) by mouth 3 times daily as needed for Cough   Swallow whole. Do not crush or chew. |
| • dextromethorphan-guaifenesin (MUCINEX DM) 30-600 MG per 12 hr tablet | Take 1 tablet by mouth every morning |
| • varenicline (CHANTIX STARTING PAK) 0.5 MG X 11 & 1 MG X 42 tablet pak | Take one 0.5mg tablet daily for 3 days, then one 0.5mg tablet twice daily for 4 days, then one 1mg tablet twice daily. |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth nightly as needed for Muscle spasms |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 1 capsule (20 mg total) by mouth daily (before breakfast) |
| • ramelteon (ROZEREM) 8 MG tablet | Take 1 tablet (8 mg total) by mouth nightly |
| • nicotine polacrilex (COMMIT) 2 MG lozenge | Place 1 lozenge (2 mg total) inside cheek as needed for Smoking cessation   Max daily dose: 20 lozenges No more than 5 lozenges in 6 hours |
| • lithium carbonate 600 MG capsule | Take 600 mg by mouth every 12 hours |
| • albuterol HFA 108 (90 BASE) MCG/ACT inhaler | Inhale 1 puff into the lungs every 4 hours as needed for Wheezing or Shortness of Breath   Shake well before each use. |

No Known Allergies (drug, envir, food or latex)

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Asthma | |
| • Depression | |
| • GERD (gastroesophageal reflux disease) | |
| • Mitral valve prolapse | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • DENTAL SURGERY *teeth pulled* | | |

**Social History**

| Social History | |
|---|---|
| • Marital status: | Single |
| Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

Clark, Daryll (MRN 883955) DOB: ▓▓▓▓▓▓

## Occupational History
- Not on file.

## Social History Main Topics
- Smoking status:                Current Every Day Smoker
      Packs/day:                 2.00
      Years:                     15.00
      Types:                     Cigarettes
- Smokeless tobacco:             Never Used
- Alcohol use                    No
      *Comment: sober for 4 years, history of alcohol abuse*
- Drug use:                      No
      *Comment: history of opioid abuse, clean since 01/2014*
- Sexual activity:               Yes
      Partners:                  Female
      Birth control/ protection:  None
      *Comment: currently trying for a pregnancy*

## Social History Narrative
- No narrative on file

## Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| Anxiety disorder | Mother | |
| Depression | Mother | |
| Asthma | Mother | |
| Heart Disease | Mother | |
| Liver Disease | Mother | |
| *cirrhosis* | | |
| Alcohol abuse | Mother | |
| Anxiety disorder | Sister | |
| Depression | Sister | |
| Cancer | Sister | |
| *brain tumor* | | |
| Drug abuse | Sister | |
| *recovering heroin addict* | | |
| Depression | Brother | |
| Anxiety disorder | Brother | |
| No Known Problems | Daughter | |
| Autism Spectrum Disorder | Brother | |
| Bipolar disorder | Sister | |
| Anxiety disorder | Sister | |
| Depression | Sister | |
| Asthma | Sister | |

## Care Planning
Health Care Proxy: Sister, chart updated
Paperwork as part of Record? [ ] Yes   [ ] No  [✓] Awaiting return of forms
States he has DNR/DNI but not documented. Filled out MOLST with patient today.

## Lifestyle

Clark, Daryll (MRN 883955) DOB: ████████

| **Diet:** Snacks a lot (chips, subs), does not really eat meals |
|---|
| **Exercise:** Walks everywhere (3 hrs daily) |

### Domestic Violence Screening

Negative ☑   Positive - Intimate Partner ☐ Other ☐ Remote Hx ☐

### Environmental Safety

| Parameter | Yes | No | Sometimes | NA | Details |
|---|---|---|---|---|---|
| Seatbelt | | | | | |
| Cycling Helmet | | | | | |
| Smoke detectors | | | | | |
| CO detectors | | | | | |
| Firearms | | | | | |

### Health Maintenance

-Dental Cleaning: Has not been in years. Provided with list of clinics
-Vision exam: Has not been in years. Provided with list of clinics
-Colonoscopy: N/A
-HIV: Ordered today
-HepC (if high risk or born between 1945 and 1965): Ordered today
-Lipid panel: Ordered today
-Diabetes A1c screen: Negative in 2017. No family hx.
-Smoking history: Discussed. 28ppd, no screening indicated at this point given age
-HPV vaccine: N/A
-Flu vaccine: N/A
-Tdap vaccine: Received in 2019 per pt report. Patient states he will bring in records
-Pneumovax/Prevnar vaccine (PPSV23 alone for persons aged 19 to 64 years with current
cigarette smoking, congestive heart failure, cardiomyopathy, chronic lung disease, diabetes,
alcohol use disorder, chronic liver disease // PCV13 and PPSV23 should be given to all adults
aged ≥65 and adults of any age who have cerebrospinal fluid leak, cochlear implant, functional
or anatomic asplenia, or immunocompromising conditions including CKD): Will need
pneumovax. Given today
-Zostavax vaccine (age >/= 60): N/A

BP 117/77 | Pulse 69 | Temp 36.2 °C (97.2 °F) (Temporal) | Ht 1.65 m (5' 4.96") Comment: act
| Wt 83.2 kg (183 lb 6.4 oz) | BMI 30.56 kg/m²

GEN: Alert, pleasant well adult in NAD.
HEENT: Normocephalic and atraumatic.Moist mucous membranes. No pharyngeal erythema
NECK: Supple, no lymphadenopathy or thyromegaly
PULM: Easy respirations, well aerated, CTA bilaterally.
CVS: RRR, no murmur, normal S1& S2.
ABD:  soft, nontender, nondistended, no hepatosplenomegaly, no masses.
SKIN: No rashes or concerning lesions
NEURO: Steady gait, no focal deficits noted

Clark, Daryll (MRN 883955) DOB: ████████

Ext: No edema

## Assessment/Plan

**1. Bipolar affective disorder, remission status unspecified**
-Continue current care per psychiatry

**2. MVP (mitral valve prolapse)**
-Given chronicity of symptoms, no urgent evaluation indicated but should have cardiology evaluation given history of known MVP although no murmur appreciated today
- AMB REFERRAL TO CARDIOLOGY

**3. Hx of substance abuse**
-No current use per patient report. Educated that CASAC referral is available if he feels that he needs additional support
-Given hx of alcohol abuse and hx of abnormal LFTs, will repeat CMP
- Comprehensive metabolic panel; Future

**4. History of incarceration**
-Recieved PPD at pysch clinic this yr per pt report
- HIV 1&2 antigen/antibody; Future
- Hepatitis A, B, C panel; Future

**5. Asthma, unspecified asthma severity, unspecified whether complicated, unspecified whether persistent**
-Discussed that he may need controlled inhaler given frequent use of albuterol. He will keep track of how often he is using albuterol and re-evaluate at follow-up
- albuterol HFA 108 (90 Base) MCG/ACT inhaler; Inhale 1 puff into the lungs every 4 hours as needed for Wheezing or Shortness of Breath   Shake well before each use. Dispense: 2 Inhaler; Refill: 5

**6. Healthcare maintenance**
- Lipid panel; Future

**7. Vitamin D deficiency**
- Vitamin D 1,25 dihydroxy; Future

**8. Seizure**
-Unclear etiology. Given that he has had multiple seizures, should be evaluated by neurology for possible anti-epileptic medication
- AMB REFERRAL TO NEUROLOGY

## Discussed / Health Education

| X | Parameter |
|---|---|
| X | Importance of recommended health screenings and timing of stopping |
| X | Importance of recommended vaccines |
| X | Cholesterol and other lab values |
|   | PSA/Prostate Cancer |
|   | Appropriateness of ASA for primary prevention |

Clark, Daryll (MRN 883955) DOB: ███████

|   | Bone Health/Calcium and Vitamin D |
|---|---|
|   | Appropriate Weight/Weight loss goals |
| X | Regular Exercise |
|   | Sleep |
| X | Dental/Vision/Hearing |
|   | Sun exposure/Sunscreen use |
| X | Seatbelts/Helments/Saftey other |
| X | Safe alcohol use |
| X | Smoking Cessation |
| X | Healthcare proxy |
|   | Living Will |
|   | Code status |
|   | Organ Donation |
| X | Stress/Family issue |
|   | Caregiver Stress |
|   | Domestic Violence |
|   | Sexual issues |
|   | Other: |
|   |  |

Shivani Sockanathan, MD

--------------------

Preceptor Attestation - Highland Family Medicine

I have reviewed the history, exam findings, and plan of care and discussed the care plan with the resident at the time of the visit. I agree with the resident's findings and plan of care as documented above.

Ryan Mary Cummings, MD

EXHIBIT

E

Dear Judge                                    1-7-22

I WANT YOU                        TO KNOW
THAT, I AM TRULY SORRY FOR THE PAIN AND
EMBARRASSMENT I HAVE CAUSED. I KNOW
THERE IS NOTHING I CAN DO TO RIGHT
THIS WRONG. BUT IM HOPING THAT MY
APOLOGY WILL HELP IN SOME WAY.

I HAVE COME TO REALIZE THAT I
HAVE A PROBLEM. A PROBLEM THAT I NEED
AND WANT TO FIX. AND AS HARD AS IT IS
FOR ME TO ADMIT, I CAN FINALLY SAY
THAT, AND MEAN IT. I WANT THE HELP
TO BE A BETTER MAN, I HAVE ISSUES I
NEED TO FIX, THERE ARE THINGS THAT
HAVE HAPPENED IN MY LIFE THAT I
BELIEVE HAD CAUSED SOME OR MOST OF
THESE ISSUES, I HAVE USED THESE ISSUES
TO JUSTIFY MY ACTIONS. I WILL NOT ALLOW
THAT ANYMORE. I DONT WANT TO JUSTIFY
HURTING PEOPLE ANYMORE, I DONT WANT
TO HURT PEOPLE. I WANT TO SHOW EVERYONE
THE MAN I KNOW I AM

I HAVE NEVER BEEN GOOD AT
ADMITTING MY WRONGS, BUT OVER THE
PAST YEARS I HAVE GOTTEN BETTER AT IT

AND I WANT EVERYONE WHO HEARS THIS
LETTER TO KNOW THAT I WAS IN THE
WRONG. I BLAME NOONE BUT MYSELF.
I HAVE NO EXCUSE FOR MY ACTIONS
OTHER THAN MY OWN SELFISH WANTS.
AND FOR THAT I AM REALLY SORRY.

WITH THE TIME I RECEIVE I WILL
UTILIZE EVERY PROGRAM POSSIBLE TO ME
TO MAKE MYSELF A BETTER PERSON. TO
PROVE PEOPLE WRONG. TO SHOW EVERYONE
WHO I TRULY AM.

I HOPE THAT THIS WILL HELP MEND
SOME OF THE WOUNDS I HAVE CAUSED
YOU ALL. I AM TRULY SORRY FOR ALL
THE PAIN I'VE CAUSED.

GOD BLESS YOU.

EXHIBIT

F



LIVINGSTON COUNTY
**SHERIFF**

THOMAS J. DOUGHERTY, SHERIFF

MATTHEW D. BEAN, UNDERSHERIFF

January 13, 2021

Dear Honorable,

I'm writing to inform you on the participation we've had from Clark, Daryll (DOB: ███████).

Daryll participated in *Interactive Journaling*, which is a **Cognitive Behavioral Intervention**

class offered at the Livingston County Jail.  Daryll did a great job showing that he understands all

concepts.  He did well sharing based on his experiences and beliefs, which helped us to know that

he understands the information.  Daryll has received his certificate of completion.

Daryll was a pleasure to work with.

Thank you,

Kelsey L. Duell, BSW
Transitional Jail Coordinator

**PROUDLY SERVING LIVINGSTON COUNTY SINCE 1821.**

4 COURT STREET * GENESEO, NEW YORK 14454
GENERAL NON-EMERGENCY (585) 243-7100
FAX (585) 243-7104

EXHIBIT

G

Dear Judge:

My name is Savanah Clark. My brother is Daryll Clark. I can't say that I understand or condone what my brother did, but I can tell you how rough and challenging it was growing up for us. With our single mother we slept in cars, we were homeless, we were hungry, we were abused. It was only our mother doing the best she could. She had a drinking problem that put me in charge of my little brother Daryll because her addiction was taking over. So I did what I could being a year older than Daryll to make sure we ate, and he was bathed and we went to school, which also had its difficulties because we were in and out of many schools so friends and other things were hard to make and find. Our mom's addition to alcohol got the best of her and she passed away. That brought on even more stress (emotionally, mentally and physically), and struggles with which we all dealt with in our own ways. My brother was sexually molested by people he thought he could trust and that really messed up his head.

I think the time my brother is facing is outrageous. The elderly members of our family will never be able to see him again. We have already lost my grandfather and 9 days later my grandmother and Daryll hasn't even done two years of time yet. He'll be a stranger to what family is left when he comes out. Most will be dead and gone.

This could be a death sentence for Daryll. I truly feel in my heart that my brother may get his life taken by the label he has on his back while in prison and there is no way for me to protect him.

I love my brother. He has owned up to what he has done. I know he is truly sorry. Thank you

Savanah Clark

EXHIBIT

H

September 6, 2021

Your Honor,

My name is Carol Adams. I am Daryll Clarks Grandmother and I am asking You to consider the charges for Daryll and the prison of 30 years. He has already done time for other charges in the past and did everything that probation asked him to do.

I believe that Daryll has missed seeing or watching his 3 girls grow up - also other members of his family. Daryll has been a blessing to me and his grandfather. He would come to our house and do things that his grandfather couldn't do anymore. My husband cant walk or do things. He is in a wheelchair to get around. Also sits in a recliner in the living room. Sleeps in a hospital bed.

Daryll would come over and mow the lawn and also the backyard and weed work all the stuff in the yard. He would take his grandfather

outside and talk to him while
he was doing the yard. He even
would help him to try and walk
with a walker. He would do
hand and leg excerise with him.
      One time he fixed the lawn
mower for us. It needed a
oil change and new spark plugs.
Daryll always ware his ankle
bracilet and kept it charged.
      We needed to have some
new doors fixed for 3 rooms.
My daughter bought them but
they were too big for the doorways
So he cut them down with a
saw to fit in the doorways.
Put them up and they really
looked nice. It was a
blessing to us.
      My husband has a bad
back but the doctors said
he would not be able to
have surgery. He would have
a bad time to recover. So he
is on medicine for the rest
of his life.
      Daryll always made my

husband feel better just by being here for company. We really need to let Daryll come home. At least have a shorter sentence.

there are plenty of people that have done worse things than what Daryll did and some get off with no charges. Our court system has changed a lot and some get off with no charges and set free.

Please let Daryll come home to be with his family. I dont know how much longer we have on this earth. We are 78 and 79 years old. His other grand parents arent that well either. One is in a nursing home and the other one just got out of the hospital. They dont have much more time to live.

May God bless you and Daryll.

Carol Adams
Carol Adams

EXHIBIT

I

**Democrat & Chronicle**          **Home**   **News**   **Sports**   **Life**   **Business**   **Flavors**

# John R. "Jack" Clark

▶

**Listen to this obituary**

Walker Brothers Funeral Home Inc.

## Obituary

John R. "Jack" Clark

Churchville - December 20, 2021 at age 84. Predeceased by his daughter, Allison Michael. He is survived by his loving wife of 65 years, Marsha K. (Kress) Clark; children, Beth (Wayne) Rood, Lee (Karen) Clark; grandchildren, Nathaniel, Savanah, Daryll, Danniel Clark, Jade Rood, Kristina Clark, Shane, Cheyenne, Shaylyn Swick; 9 great grandchildren; brothers & sisters-in-law, Dick (Adrienne Porter) Clark, Bill (Mary) Clark; several nieces, nephews, cousins and dear friends. For more information visit, www.walkerbrothersfh.com

Jack's visitation will be on Monday, December 27, 2021 from 5-7 pm followed by his funeral service at 7 pm in the funeral home, 21 S. Main St. Churchville. Interment private. In lieu of flowers, donations may be made in Jack's memory to the Churchville Volunteer Fire Department, 24 Washington St. Churchville, NY 14428.

Posted online on December 21, 2021
Published in Rochester Democrat and Chronicle

# *Marsha Clark (Kress)*

▶

**Listen to this obituary**

Walker Brothers Funeral Home, Inc.

## Obituary

Marsha Clark (Kress)

Churchville - December 29, 2021 at age 84. Predeceased by her loving husband of 65 years, Jack Clark; daughter, Allison Michael; sister, Carole King. She is survived by her children, Beth (Wayne) Rood, Lee (Karen) Clark; grandchildren, Nathaniel, Savanah, Daryll, Danniel Clark, Jade Rood, Kristina Clark, Shane, Cheyenne, Shaylyn Swick; 9 great grandchildren; sister, Kathi Willis of Arizona; brother, Joe (Shirley) Kress of Arizona; brothers-in-law & sisters-in-law, Dick (Adrienne Porter) Clark, Bill (Mary) Clark; several nieces, nephews, cousins and dear friends. For more information visit, www.walkerbrothersfh.com

Marsha's visitation will be on Wednesday, January 5, 2022 from 5-7 pm followed by her funeral service at 7 pm in the funeral home, 21 S. Main St. Churchville. Interment private. In lieu of flowers, donations may be made in Marsha's memory to St. Martin De Porres Church at St. Vincent de Paul, 11 North Main St. PO Box 609, Churchville, NY 14428.

Posted online on January 02, 2022
Published in Rochester Democrat and Chronicle